IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RAYMOND E. ADAMS, II                                                                 PLAINTIFF

v.                                          No. 3:17CV00129 JLH

UNITED STATES OF AMERICA                                                       DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed with prejudice.

IT IS SO ORDERED this 26th day of June, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE